Your Name: Eugene Hart Jr.

Your Address: #166 Turk st. Apt. 2A SF. Ca. 94-102

Phone Number: 510 418 5267

Email Address: brussardlarry003@gmail.com

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Eugene Hart Jr. <br> Plaintiff, <br><br> v. <br><br> Thomas Musci, M.D. <br> Defendant. | **CV 26-02837 AGT** <br><br> Case Number [leave blank] <br><br> **COMPLAINT** <br><br> DEMAND FOR JURY TRIAL <br><br> Yes ☒  No ☐ |

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.

Address: #166 Turk st. Apt.# 24 S.F., Ca. 94102

Telephone: 510 418 5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Dr. Thomas J. Musci, M.D. (Realname) Vernon Gains

Address: # 1 Daniel Burnham et. #2300 S.F., Cal. 94109

Telephone: (415) 202-1200

Defendant 2:

Name: _Lynette Lewis_

Address: _#2000 Mt. Wilson Ct. Antioch, Ca. 94531_

Telephone: _925 7770332_

Defendant 3:

Name: _Robert Lee Hart_

Address: _#2000 Mt. Wilson ct., Antioch, Ca. 94531_

Telephone: _925 7770332_

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☒ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

_Federal law & Rights is involved challenging my identity_

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in _Contra Costa County_ County, it should be assigned to the _San Francisco/Oakland_ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

My Belief goes off what I Believe to Be True. or what has happened. The Fact is I received my Birth Certificate. 3 Noticed the physicans licencing still pending and done Research finding out things. I came To Believe To Be True. Which I requested My Birth Certificate and was Suspecious of the pending license regard the physican Named on my Birth Certificate. I was Warned that I would develop a Heart problem which I feel Targeted and Harmed By something that would Be hard Trying To Prove without some one helping To give Testimony, about the Attendant Certification that names Dr. Thomas Musci MD.

So I'm Requesting for the Removal of any one Requesting To Be a physician The Real name of the Doctor

I believe By the name of, "Vernon Gains" that goes by a fictitious Business name of Thomas Mucci, MD

It's either To Be True or false, I don't want To Accuse any one of some thing they didn't do so if I'm Wrong I need To Be Told I'm Wrong.

This Problem has changed my life in a negitive way I feel To the point that put my life at Risk and in Danger. I'm disputing the creation of that Birth Certificate and Believe that

there's crimes and other Bad things occuring through my Birth Certificate and want it To stop. I've been harmed and injured, believing

Medical Malpractice and Wrongdoing intentionally causing me Harm & loss in my life. I only Know What I'm capable of Being Told. Hoping its the

Truth and in my int___ is. The physician is also suspected of doing things that's not Related To

this initial Complaint alledged violations of (17 U.S.C. §§501 §506 - Civil & Criminal Copyright, Meaning without Consent or permission.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Privacy Violations; human Rights

Name the defendants who violated it:

"Vernon Cains"; Robert Lee Hart

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I feel my human Rights are being violated and feel disrespected by the way my personal information Were being exsposed and given to the Public. I was Mocked and Threaten By Random peoples in the Public. I feel Targeted and givens posion, many Times. I Been posioned so much I lost my memory and luckily got it Back. I have heart Pressure that seem Controlled and preventable. I hear Rumers as to that I am being claimed as some ones Property. Even though I exsspessed My disapproval of the claims. I believe the defendant is the subject of stealing or Taking My identity, Claiming and using My "Pii" as if its ok; its Not. identity Theft; Impersonation.

"Breach" Claim

Name the law or right violated:

Human Rights & civil violations

Name the defendants who violated it:

· Vernon Gains & Lynette Lewis

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I don't know what law is being enforced, but I can say I've been Taken To Jail for No Reason and

Just off what some one had said I did or saw me do. I feel defendant violated the Law by

Not getting permission or Consent for Being or doing the things They claim To have authority To do.

I don't want what people claim to be doing which is violating my "privacy" and "identity Theft" impersonation.

I believe he was offered To do the things that's been done Like Take My home I would of been in by My grandma

Who passed away and had her home that was Taken & claimed taken over by the wrong people.

Abusing there positions and authority By what they new and what was done in the process of knowing what was known.

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I am now asking for the Total Amount of $36 billion dollars if I was to take any type of settlement. Understand what im losing, which is to much.

I don't want to settle but the issues ive been burden with is to much. I been litigating the issue for 15 plus years and im not getting younger. I want my freedom from control.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 03/26/26       Sign Name: Eugene Hart Jr.

Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.

Docter Thomas Musci, M.D. is still pending approval on my Birth Certificate for Licensing/Permit. That I would dispute and be in disagreement with.

I feel that the physician has cause damages and pain and suffering due to there Neglegence.

Also alleged that the Docter Breached there Fiduciary duty and invasion of my privacy space

Physically and Mentally. I Believe there is other crime being committed that puts my life at Risk. There's claims being made as for to be parents

or Rights over me and some sort of Authority To in which I dispute and is in conflict To. Its one claiming me as property and Tells a story To were I feel

Disrespected and taken advantage of. Putting me at Risk by the unwanted creation of the belief that I am open source software & Free To use.

If im not mistaken in Replacing me, playing father To my child and owership of my property "Home.

Due To some ex-family members giving others the Believe, that its ok To do so & its not.