UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART JR.,

      Plaintiff,

    v.

DR. THOMAS J. MUSCI, et al.,

      Defendants.

Case No.  26-cv-02837-AGT

**SCREENING ORDER**

Re: Dkt. No. 1

Having granted Eugene Hart Jr.'s application to proceed *in forma pauperis*, the undersigned now screens Hart's complaint under 28 U.S.C. § 1915(e)(2)(B). The complaint is deficient for the reasons identified below. Hart may file an amended complaint by **June 1, 2026**. If Hart fails to timely file, or files an amended complaint which does not state a claim, then the undersigned will recommend dismissal of this case.

The granting of an *in forma pauperis* application allows the plaintiff to file a case in federal court without payment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). When a court grants an *in forma pauperis* application, the court is under a continuing duty to potentially dismiss that case under certain circumstances. *See id.* § 1915(e)(2). The court must dismiss the case if the action is "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." *Id.* § 1915(e)(2)(B)(i)–(iii).

Under part (ii), "[t]he standard for determining whether a plaintiff has failed to state

a claim upon which relief can be granted under § 1915(e)(2)(B)(ii) is the same as the Federal Rule of Civil Procedure 12(b)(6) standard for failure to state a claim." *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (cleaned up). Under Rule 12(b)(6), the complaint must include "sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (cleaned up). A plaintiff must include enough facts in their complaint to "allow[ ] the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.*

First, Hart must allege violations of more specific provisions of law and must not refer or rely on general legal principles. Currently, for example, Hart brings two claims under "privacy violations & human rights," and "human rights & civil violations," respectively. Dkt. 1. In the absence of more specific citation to authority, the Court cannot understand, for example, which provisions of law, statute, or regulation that Hart alleges the defendants violated.

Second, to address the deficiencies in the complaint, for each separate claim, Hart must allege a short and plain statement of the actions of each defendant, which laws were violated by those actions, and the harm suffered by Hart arising from those actions. Hart must do his best to cite specific provisions of the laws, and cannot rely on general principles of law found in federal statutes and regulations.

/ / /

/ / /

/ / /

/ / /

/ / /

Hart may file an amended complaint, on or before **June 1, 2026**. If Hart doesn't do so, or if Hart files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss this case.

**IT IS SO ORDERED.**

Dated: April 29, 2026

Alex G. Tse
United States Magistrate Judge